Jerry Lee WINSLOW, Plaintiff–
Appellant,

v.

J.W. ARMENTROUT, Warden;
T. Evans, CIRC/LL Clerk,
Defendants–Appellees.

No. 06–6991.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 11, 2006.

Jerry Lee Winslow, Appellant Pro Se. Noelle Leigh Shaw–Bell, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Lee Winslow appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Winslow v. Armentrout,* No. 7:05–cv–00727–jlk–mf, 2006 WL 1171964 (W.D.Va. Apr. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*